George F. Bindrim and another against Barbara Ullrich and others. No opinion. Motion to resettle order granted. See 72 N. Y. Supp. 239.

BLADY et al., Respondents, v. ROTHSCHILD, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by John Blady and another against Jacob Rothschild. J. J. Crawford, for appellant. J. H. Seymour, for respondents. No opinion. Judgment affirmed, with costs.

BLOSSOM, Respondent, v. TUMMONDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by Joseph Blossom against William A. Tummonds. No opinion. Judgment affirmed, with costs.

BLUMM, Respondent, v. BEECHWOOD, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by George F. Blumm against George S. Beechwood. No opinion. Judgment unanimously affirmed, with costs.

BOAZ v. STERLINGWORTH R. CO. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Charles H. Boaz against the Sterlingworth Railroad Company. No opinion. Motion denied.

BOSSERT et al., Respondents, v. SCHNUGG, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Louis Bossert and another against Francis J. Schnugg. No opinion. Order affirmed, with $10 costs and disbursements.

JENKS, J., absent.

BRANDNER, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Amelia Brandner. individually, etc., against the Manhattan Railway Company and another. F. S. Williams, for appellants. C. H. Strong, for respondent.

PER CURIAM. Judgment modified, by reducing the amount awarded for fee damage to $1,500, and by reducing the judgment for rental damage, as entered, to the sum of $1,550.59, and, as modified, affirmed, without costs to either party.

BREESE, Appellant, v. GRAVES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Sidney B. Breese, as administrator. etc., against Maurice A. Graves and another. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

BRERETON, Appellant, v. GILMORE, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Henry E. H. Brereton against Laura E. Gilmore. No opinion. Judgment unanimously affirmed, with costs.

BROADS, Respondent, v. SPECTOR, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Bernard Broads against Samuel Spector. A. H. Sarasohn, for appellant. L. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BROUSSEAU, Respondent, v. TILYOU et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Israel Brousseau against George C. Tilyou and others, as executors, etc. No opinion. Judgment and order affirmed, with costs.

BROWNING, Appellant, v. GARVIN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Therese D. Browning against Eugene E. Garvin and others. C. E. Thornall, for appellant. R. M. Martin, for respondents. No opinion. Judgment and order affirmed, with costs.

BRUCE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Helen Bruce, as administrator, etc., of Milburn Bruce, deceased, against the Brooklyn Heights Railroad Company. No opinion. Reargument ordered for Monday, December 2, 1901.

BRUEN v. CULLEN et al. (Supreme Court, Appellate Division, First Department. November 15, 1901.) Action by Edwin G. Bruen against Cullen Bros. No opinion. Motion granted, with $10 costs.

BURROUGHS et al., Respondents, v. LEVY, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Horace F. Burroughs and others against Anne Levy. No opinion. Order affirmed, with $10 costs and disbursements.

In re CAMPBELL. (Supreme Court, Appellate Division, First Department. November 15, 1901.) In the matter of William Campbell. No opinion. Motion denied, with $10 costs.

In re CAMPBELL'S WILL. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) In the matter of proving the last will and testament of Ellen Campbell, deceased. No opinion. Decree (72 N. Y. Supp. 55) unanimously affirmed, with costs.

CAPITANO, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Eduardo Capitano against John T. Clark. No opinion. Judgment and order unanimously affirmed, with costs.